UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| McLean Barnett, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 4:22-cv-01491 |
| Kilolo Kijakazi, Acting Commissioner, Social Security Administration, | § § § § § | |
| *Defendant.* | | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending are Plaintiff McLean Barnett's motion for summary judgment (Document No. 14) and Defendant Kilolo Kijakazi's motion for summary judgment (Document No. 12). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Plaintiff's motion be DENIED, that Defendant's motion be GRANTED, and that the decision of the Commissioner of the Social Security Administration be AFFIRMED (Document No. 17). The deadline for objections has passed, and no objections have been filed.

The Court, after having made a *de novo* determination of the motions for summary judgment, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. Accordingly,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the of the United States Magistrate Judge signed and filed on February 27, 2023, which is adopted in its entirety as the opinion of this Court, that Plaintiff's motion for summary judgment (Document No. 14) is DENIED and Defendant's motion for summary judgment (Document No. 12) is GRANTED.

It is further ORDERED and ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 17TH day of March, 2023.

_____
Ewing Werlein, Jr.
United States District Judge